_____ FILED _____ LODGED
_____ RECEIVED

February 15, 2017

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR17-5066 |
| Plaintiff, | |
| v. | INFORMATION |
| AMELIA M. EVANS, | (Misdemeanor) |
| Defendant. | |

The United States Attorney charges that:

On or about November 18, 2016, at Joint Base Lewis-McChord, within the Western District of Washington, and within the special maritime and territorial jurisdiction of the United States, AMELIA M. EVANS did steal property of the United States government, of a value not in excess of One Thousand Dollars ($1,000), located at the McChord Base Exchange.

All in violation of Title 18, United States Code, Sections 7 and 641.

DATED this 13th day of February, 2017.

ANNETTE L. HAYES
United States Attorney

_____
ELLIS R. CORTEZ
Special Assistant United States Attorney

INFORMATION - Page 1
United States v. AMELIA M. EVANS

Department of the Army
Special Assistant United States Attorney
Office of the Staff Judge Advocate
Box 339500 MS 69
Joint Base Lewis-McChord, Washington 98433-9500
(253) 477-1905 – (253) 477-1919 Fax
usarmy.jblm.i-corps.list.sja-sausa@mail.mil