___ FILED ___ LODGED
___ RECEIVED
MAR 27 2017
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY___ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | CASE NO |
|---|---|
| Plaintiff, | |
| v. | WAIVER OF RIGHT TO SPEEDY TRIAL |
| Amelia Evans, | |
| Defendant. | |

I, Amelia Evans, having been advised of my right to a speedy and public trial pursuant to the Sixth Amendment to the Constitution of the United States and the Speedy Trial Act, do knowingly, and with advice of counsel, waive my right to a speedy trial and consent to the continuation of the date of my trial from March 27, 2017 to May 15, 2017 for the purpose of 18 U.S.C. §3161(h)(8)(A)&(B).

I consent to the requested continuance in order to allow my counsel the reasonable time necessary to prepare my defense and hereby waive my right to a speedy trial through May 30, 2017.

_Amelia Evans_
DEFENDANT

_____
INTERPRETER

_Jerome W._
COUNSEL FOR THE DEFENDANT