

Magistrate Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>AMELIA M. EVANS,<br><br>　　　　　　　　Defendant. | NO. CR17-5066<br><br>ORDER FOR DISMISSAL<br>(PRETRIAL DIVERSION) |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of the Court endorsed hereon, the United States Attorney for the Western District of Washington hereby dismisses the Information in the above-captioned case. The defendant, AMELIA M. EVANS, has successfully completed the Pretrial Diversion Program.

DATED this 25th day of April, 2018.

Respectfully submitted,

ANNETTE L. HAYES
United States Attorney

BARBARA J. SIEVERS
Assistant United States Attorney

Leave of Court is GRANTED for the filing of the foregoing dismissal.
DATED this 26th day of April, 2018.

UNITED STATES MAGISTRATE JUDGE

ORDER FOR DISMISSAL/PRETRIAL DIVERSION - 1
AMELIA M. EVANS; CR17-5066

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970